# United States District Court
# Western District of Washington

WILLIAM G. MODDIE and JAMES W. WATERMAN

Plaintiff(s)

Case Number:    2:13-00172-JCC

v.

REMINGTON ARMS COMPANY, LLC., SPORTING GOODS PROPERTIES, INC. and E. I. DU PONT NEMOURS AND COMPANY

Defendant(s)

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Richard A. Ramler    hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiffs

The particular need for my appearance and participation is:

Preparation for trial

I, _____ Richard A. Ramler _____ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Feb 12, 2013         Signature of Applicant: s/ Richard A. Ramler

Pro Hac Vice Attorney
Applicant's Name: Richard A. Ramler

Law Firm Name: Ramler Law Office, P.C.

Street Address 1: 202 West Madison Ave.

Address Line 2:

City: Belgrade      State: Montana      Zip: 59714

Phone Number w/ Area Code    406-388-0150    Bar #    State Montana

Primary E-mail Address: richardramler@aol.com    Secondary E-mail Address: cherylwoodland@aol.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the
applicant   Richard A. Ramler   is unable to be present upon any date
assigned by the court.

Date:   Feb 12, 2013      Signature of Local Counsel:  s/ Mark A. Griffin

Local Counsel's Name: Mark A. Griffin    Bar # 16296

Law Firm Name: Keller Rohrback L.L.P.

Street Address 1: 1201 Third Avenue, Suite 3200

Address Line 2:

City: Seattle    State: Washington    Zip: 98101

Phone Number w/ Area
Code  Example: 999-999-9999      206-623-1900

# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.   The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.   The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11.   Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.   If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.   Members of the court's systems staff will assess the risk and advise you accordingly.

4   By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5.   You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system.   You will continue to need a PACER login, in addition to the court-issued password.   You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6.   By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

s/Richard A. Ramler
_____

**Signature**  (use an "s/" and type your name)

Feb 12, 2013
_____

**Date Signed**