1

THE HONORABLE JOHN C. COUGHENOUR

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

| | |
|---|---|
| WILLIAM G. MOODIE and JAMES W. WATERMAN, on behalf of themselves and all others similarly situated, | No. 2:13-cv-00172 JCC |
| Plaintiffs, | DEFENDANTS' UNOPPOSED MOTION RE: OVER-LENGTH BRIEFS |
| vs. | NOTE ON MOTION CALENDAR: March 15, 2013 |
| REMINGTON ARMS COMPANY, LLC., SPORTING GOODS PROPERTIES, INC. and E.I. DU PONT NEMOURS AND COMPANY, | |
| Defendants. | |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DEFENDANTS' UNOPPOSED MOTION RE:
OVER-LENGTH BRIEFS (Cause No. 2:13-cv-
00172 JCC)
JDW6616.003

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

## I.  RELIEF REQUESTED

On January 29, 2013, Plaintiffs commenced this putative class action against Defendants Remington Arms Company, LLC, Sporting Goods Properties, Inc. and E.I. du Pont Nemours and Company ("Defendants") on behalf of:

> All individuals in the States of Washington ("the Washington Class") and North Carolina ("the North Carolina Class") that own a Remington Model 700 Rifle originally manufactured and distributed with a Walker Fire Control Trigger Mechanism.

Dkt. No. 1 at ¶ 60. The Complaint asserts 9 causes of action.

Defendants intend to file a motion to dismiss the Complaint.   Western District of Washington Local Rule 7(e)(3) imposes a 24-page limit on dispositive motions.  Given the complex issues involved in this matter, including application of the laws of two states to two separate classes, Defendants request that the Court authorize them to file one over-length brief of 35 or fewer pages in support of their motion to dismiss. W.D. L.R. 7(f).   Prior to filing this motion, counsel for the parties conferred.   Plaintiffs do not oppose this motion with the understanding that they similarly be authorized to file one over-length responding brief of 35 or fewer pages in response to the motion to dismiss.  That is acceptable to Defendants.

## II.  ARGUMENT

W.D.  L.R.  7(e)(3) states that "[m]otions for summary judgment, motions to dismiss . . . and briefs in opposition shall not exceed twenty-four pages.  Reply briefs shall not exceed twelve pages."   A party may seek leave with the Court to file an over-length brief on motion. *Id*. at 7(f).

After carefully examining the Complaint, Defendants believe their motion to dismiss cannot sufficiently address the multiple causes of action alleged under Washington, North

DEFENDANTS' UNOPPOSED MOTION RE:
OVER-LENGTH BRIEFS (Cause No. 2:13-cv-
00172 JCC) – 1
JDW6616.003

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

Carolina and federal law within the 24-page limitation of W.D. L.R. 7(e)(3). Plaintiffs similarly believe that their responding brief may need more than 24-pages. Counsel for the parties have conferred. Plaintiffs do not oppose this request that the Court authorize defendants and plaintiffs to each file a brief that will not exceed 35 pages.

### III.  CONCLUSION

For the foregoing reasons, Defendants request that the Court enter an Order Granting Motion Re: Over-length Briefs. A proposed Order is submitted for the Court's convenience.

Respectfully submitted this 15th  day of March, 2013.

s/  John D. Wilson,  Jr.
John D. Wilson, Jr.. WSBA 4828
Alfred E. Donohue, WSBA No. 32774
WILSON SMITH COCHRAN DICKERSON
1215 – 4th Ave., Suite 1700
Seattle,  WA  98161
(206) 623-4100 telephone
(206) 623-9273 fax
wilson@wscd.com

Attorney for Defendants

Of Counsel:

Dale G. Wills, Illinois 6184565
Andrew A. Lothson, Illinois 6297061
SWANSON, MARTIN & BELL, LLP
330 North Wabash Avenue, Suite 3300
Chicago, IL  60611-3604
(312) 321-9100 phone
(312) 321- 0900  fax
dwills@smbtrials.com
alothson@smbtrials.com

DEFENDANTS' UNOPPOSED MOTION RE:
OVER-LENGTH BRIEFS (Cause No. 2:13-cv-
00172 JCC) – 2
JDW6616.003

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

**CERTIFICATE OF SERVICE**

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document via CM/ECF on all counsel of record.

**SIGNED** this 15th day of March, 2013, at Seattle, Washington.

s/  John D. Wilson,  Jr.
John D. Wilson, Jr.. WSBA 4828
WILSON SMITH COCHRAN DICKERSON
1215 – 4th Ave., Suite 1700
Seattle,  WA  98161
(206) 623-4100 telephone
(206) 623-9273 fax
wilson@wscd.com

DEFENDANTS' UNOPPOSED MOTION RE:
OVER-LENGTH BRIEFS (Cause No. 2:13-cv-
00172 JCC) – 3
JDW6616.003

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273