THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM G. MOODIE and JAMES W. WATERMAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

REMINGTON ARMS COMPANY, LLC., SPORTING GOODS PROPERTIES, INC. and E.I. DU PONT NEMOURS AND COMPANY,

Defendants.

CASE NO. C13-0172-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the court on Defendants' unopposed motion regarding over-length briefs (Dkt. No. 36). The Court hereby GRANTS the motion. Defendants' motion to dismiss and Plaintiffs' responding brief each shall not exceed 35 pages in length.

DATED this 18th day of March 2013.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk