THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WILLIAM G. MOODIE and JAMES W. WATERMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC., SPORTING GOODS PROPERTIES, INC. and E.I. DU PONT NEMOURS AND COMPANY,<br><br>Defendants. | No. 2:13-cv-00172 JCC<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS |

PLEASE TAKE NOTICE that Defendants Remington Arms Company, LLC, Sporting Goods Properties, Inc. and E.I. du Pont Nemours and Company (collectively "Defendants") appear by and through their attorneys, John D. Wilson, Jr. and Alfred E. Donohue, of Wilson Smith Cochran Dickerson.  Please serve all further papers and pleadings, with the exception of original process, upon said attorneys at the office and/or email addresses listed below

Dated this 29th day of March, 2013.

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS – 1

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

By: s/ John D. Wilson, Jr.
John D. Wilson, Jr., WSBA No. 4828
Alfred E. Donohue, WSBA No. 32774
WILSON SMITH COCHRAN DICKERSON
901 – 5th Avenue, Suite 1700
Seattle, WA 98164
(206) 623-4100 phone
(206) 623-9273 fax
wilson@wscd.com
donohue@wscd.com

Attorneys for Defendants

NOTICE OF APPEARANCE ON BEHALF OF
DEFENDANTS – 2

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

# CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiffs' counsel listed below.

| | | |
|---|---|---|
| Lynn Lincoln Sarko<br>Mark A. Griffin<br>KELLER ROHRBACK, L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98133<br>Telephone: (206) 623-1900<br>Facsimile; (206) 623-3384<br>lsarko@kellerrohback.com<br>mgriffin@kellerrohback.com | Jordan L. Chaikin<br>PARKER WAICHMAN LLP<br>3301 Bonita Beach Road, Suite 101<br>Bonita Springs, FL 34134<br>Telephone: (239) 390-1000<br>Facsimile: (239) 390-0055<br>jchaikin@yourlawyer.com | Charles E. Schaffer<br>LEVIN, FISHBEIN, SEDRAN & BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone: (215) 592-1500<br>Facsimile: (215) 592-4663<br>cschaffer@lfsblaw.com |
| Jon D. Robinson<br>Christopher Ellis<br>BOLEN ROBINSON & ELLIS, LLP<br>202 South Franklin, 2nd Floor<br>Decatur, IL 62523<br>Telephone: (217) 429-4296<br>Facsimile: (217) 329-0034<br>jrobinson@brelaw.com<br>cellis@brelaw.com | John R. Climaco<br>John A. Peca<br>CLIMACO, WILCOX, PECA, TARANTINO & GAROFOLI CO., LPA<br>55 Public, Suite 1950<br>Cleveland, OH 44113<br>Telephone: (216) 621-8484<br>Facsimile: (216) 771-1632<br>jrclim@climacolaw.com<br>japeca@climacolaw.com | Richard Ramler<br>RAMLER LAW OFFICE, P.C.<br>202 West Madison Avenue<br>Belgrade, MT 59714<br>Telephone: (406) 924-4810<br>Facsimile: (406) 388-6842<br>richardramler@aol.com |
| Richard Arsenault<br>NEBLETT, BEARD & ARSENAULT<br>2220 Bonaventure Court<br>Alexandria, LA 71301<br>Telephone: (800) 256-1050<br>rarsenault@nbalawfirm.com | Eric D. Holland<br>R. Seth Crompton<br>HOLLAND, GROVES, SCHNELLER & STOLZE, LLC<br>300 N Tucker Blvd, Suite 801<br>St. Louis, MO 63101<br>Telephone: (314) 241-8111<br>Facsimile: (314) 241-5554<br>eholland@allfela.com<br>scrompton@allfela.com | Timothy W. Monsees<br>MONSEES, MILLER, MAYER, PRESLEY & AMICK, P.C.<br>4717 Grand Avenue, Suite 820<br>Kansas City, MO 64112<br>Telephone: (866) 774-3233<br>Facsimile (816) 361-5577<br>tmonsees@mmmpalaw.com |

Dated this 29th day of March, 2013.

By: s/ John D. Wilson, Jr.
John D. Wilson, Jr., WSBA No. 4828
WILSON SMITH COCHRAN DICKERSON
901 – 5th Avenue, Suite 1700
Seattle, WA 98164
(206) 623-4100 phone
(206) 623-9273 fax
wilson@wscd.com

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS – 3

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273