# EXHIBIT E

Remington Arms Co., Inc.
Product Service
Legal Case #:7101

### Case Information

| RE# | Date Opened | Date Opened(PS) | Date Closed | Incident Date | Pre Lit | Lit | Obsolete |
|---|---|---|---|---|---|---|---|
| 249579 | 12/8/2011 | 12/19/2011 | 12/19/2011 | | | | |

### Customer Information

| Type | Business | First Name | Last Name | Street | City | State | Zip | Age | Contact |
|---|---|---|---|---|---|---|---|---|---|
| Incident | | Bill | Moodie | 1827 224th St SW | Bophell | WA | 98021 | | |

### Incident Information

| Claims | Codes | Repair Est. | Medical Treatment | Medical Status |
|---|---|---|---|---|
| PI<br>PD<br>S  Fired on safety release<br>C | Cause:4038  Could Not Duplicate Concern<br>Concern:1007 Fired on Safe Release | | | Unknown |

1/16/12 Per note on repair, fired when taking safety off.cm

### Firearm Information

| Mfg. | Type | Model/Ga. | SKU | Serial | Bbl. | DOM |
|---|---|---|---|---|---|---|
| Remington | CF/BA | 700/7MM MAUSER | 25629 | C6471803 | XJ | 12/15/1989 |
| **Date Purchased** | **Where Purchased** | **Accessories** | **Original Owner** | | | |
| | SPORTS SOUTH INC | TWO PIECE BASE | U | | | |

CONCERN: FSR

Ammunition Information - None Defined
Other Products Information - None Defined
Settlement

Remington/700/CF/BA

| Settlement | Release of Claims | Release Date | Reimbursement | Cash Settlement | Reim. Date APV | Cash Date APV |
|---|---|---|---|---|---|---|
| Per Ilion, replace TPA, clean and test fire at 1/2 normal cost. | | | | | | |
| | Repair/Replacement Cost | Repair/Replacement Date | | | | |

1/16/12 Per Ilion, could not duplicate concern. Trigger assm dirty and rusty. Can offer to replace TPA, clean and test fire at 1/2 normal cost.cm

Examination[Remington/CF/BA]

| Part | Sub-Part | Code | Comment |
|---|---|---|---|
| Examination | Examiner | | B.TRAVIS |
| | Exam Date | | 12/19/2011 |
| | Product Type | | RF |
| | Action Type | | A |
| | Assigned To | | T.NAGLE |
| Cause | 4038 | Could Not Duplicate Concern | |
| Barrel | Description | | 22" 7MM MAUSER |
| | Date Code | | XJ |
| | Bore Plugged | False | |
| | Bulged | False | |
| | Fired | False | |
| | Fired while Obstructed | | |
| | Muzzle/Crown Condition | Slightly Worn; Functioning | |
| | Firing Pin | Slightly Worn; Functioning | |

| Category | Item | Value | Detail |
|---|---|---|---|
| Bolt | Shroud | Slightly Worn; Functioning | |
| | Face | Slightly Worn; Functioning | |
| | Handle | Slightly Worn; Functioning | |
| | Stop | Slightly Worn; Functioning | |
| Extractor | Condition | Slightly Worn; Functioning | |
| | Cut Condition | Slightly Worn; Functioning | |
| | Ext/Eject Test | False | |
| Locking | Block Condition | ---Select--- | |
| | Lug Condition | Slightly Worn; Functioning | |
| | Notch Condition | ---Select--- | |
| Overall | Exterior Condition | Slightly Worn; Functioning | |
| | Stock Condition | Slightly Worn; Functioning | |
| | Fore End Condition | ---Select--- | |
| Receiver | Condition | Slightly Worn; Functioning | |
| | Bulged | False | |
| Safety | Description | | M/700 SAFETY |
| | Function | Like new; Functioning | |
| | Sub-Assembly | Non-ISS | |
| Sear | Lift | ---Select--- | .012 |
| | Notch | Slightly Worn; Functioning | |
| Feeding Test | Tests | Test Fired | False |
| | | False | |
| Trigger | Condition | Slightly Worn; Functioning | DIRTY,RUSTY |
| | Pull | ---Select--- | 5# |
| | Altered | False | |
| | Sub-Assembly | M/700 Non-Bolt Lock | |
| Non-Remington Components | Description | | TWO PIECE BASE |

PS 24266

Print Screen 2001 *freeware* http://homepages.pathfinder.gr/zenas -

## frmRepairMain - FGI Repairs

File  Add Repair  Estimate Repair  Expedite Repair  Inquiry  Repair Tools  CSR Tools  Table Maintenance  Location

### frmREInquiry - Repair Inquiry

**Repair Number:** RE00249579  **Serial:** C6471803  **Model** 700 RIFLE 7MM MAUSER  **Repairman:** Charles Swanson
Verify Repair  **Produced:** 12/15/1989  **SKU:** 25629  **Status:** Estimating 12/16/2011 10:14:05 AM

7/0/

**ADDRESS INFORMATION**

| Customer | Return To |
|---|---|
| Name: BILL MOODIE | BILL MOODIE |
| Address 1: 1827 224TH ST S.W. | 1827 224TH ST S.W. |
| Address 2: | |
| City: BOPHELL | BOPHELL |
| State: WA  Zip Code: 98021  Country: US | WA  Zip Code: 98021  Country: US |

● Received from     ○ Received from

PO Box:     PO Box:

FFL: 01011900

Contact / Condition | Problems | Estimate | History / Status | Shipping / Billing

**Repair Notes**
fired coming off safe

**Repairman's Comments**
could not duplicate condition.
T.A. dirty + rusty. Can o plan to
replace T/A, clean + test R/m.
AT 1/2 no annual cost.

**CSR Comments**
per consumer gun fired when he flipped the safety off.

**Problems Reported**
| Code | Desc |
|---|---|
| M240 | BOLT LOCK SAFETY MODIFI... |

**Problems Found**
| Code | Desc |
|---|---|
| M123 | FORWARD TO PRODUCT SE... |

Refresh     Close

ILASRPR11     Monday, Dec 19 2011     3:49 AM

DEC 2 0 2011
BY:...........

C6471803
Model: 700
RE00249579

PS 24267





PS 24269



PS 24270