THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM G. MOODIE and JAMES W. WATERMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC., SPORTING GOODS PROPERTIES, INC. and E.I. DU PONT NEMOURS AND COMPANY,<br><br>Defendants. | CASE NO. 2:13-cv-00172-JCC<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Remington Arms Company, LLC, Sporting Goods Properties, Inc., and E.I. du Pont de Nemours & Company make the following disclosures:

Remington Arms Company, LLC ("Remington") is a Delaware limited liability company. The sole member of Remington is FGI Operating Company, LLC ("FGI Operating"), a Delaware limited liability company. FGI Operating's sole member is FGI Holding Company, LLC ("FGI Holding"), a Delaware limited liability company. FGI Holding's sole member is Remington Outdoor Company, Inc., a Delaware corporation. No publicly owned company owns more than ten percent (10%) of the stock of Remington Arms Company, LLC.

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANTS (2:13-cv-00172-JCC) - 1

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

Sporting Goods Properties, Inc. is a Delaware corporation. E.I. du Pont de Nemours & Company is the parent company of Sporting Goods Properties, Inc. No other publicly traded company owns more than ten percent (10%) of the stock of Sporting Goods Properties, Inc.

E.I. du Pont de Nemours & Company ("DuPont) is a publicly traded Delaware corporation. No other publicly traded company owns more than ten percent (10%) of the stock of DuPont.

DATED this 1st day of April, 2013.

By: s/ John D. Wilson, Jr.
John D. Wilson, Jr., WSBA No. 4828
Alfred E. Donohue, WSBA No. 32774
WILSON SMITH COCHRAN DICKERSON
901 – 5th Avenue, Suite 1700
Seattle, WA 98164
(206) 623-4100 phone
(206) 623-9273 fax
wilson@wscd.com

Attorneys for Defendants

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANTS (2:13-cv-00172-JCC) - 2

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to plaintiffs' counsel listed below.

| | | |
|---|---|---|
| Lynn Lincoln Sarko<br>Mark A. Griffin<br>KELLER ROHRBACK<br>1201 Third Avenue, # 3200<br>Seattle, WA 98133<br>Telephone: (206) 623-1900<br>Facsimile; (206) 623-3384<br>lsarko@kellerrohback.com<br>mgriffin@kellerrohback.com | Jordan L. Chaikin<br>PARKER WAICHMAN LLP<br>3301 Bonita Beach Road,<br>Suite 101<br>Bonita Springs, FL 34134<br>Telephone: (239) 390-1000<br>Facsimile: (239) 390-0055<br>jchaikin@yourlawyer.com | Charles E. Schaffer<br>LEVIN, FISHBEIN, SEDRAN<br>& BERMAN<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone: (215) 592-1500<br>Facsimile: (215) 592-4663<br>cschaffer@lfsblaw.com |
| Jon D. Robinson<br>Christopher Ellis<br>BOLEN ROBINSON &<br>ELLIS, LLP<br>202 South Franklin, 2nd Floor<br>Decatur, IL 62523<br>Telephone: (217) 429-4296<br>Facsimile: (217) 329-0034<br>jrobinson@brelaw.com<br>cellis@brelaw.com | John R. Climaco<br>John A. Peca<br>CLIMACO, WILCOX, PECA,<br>TARANTINO &<br>GAROFOLI CO., LPA<br>55 Public, Suite 1950<br>Cleveland, OH 44113<br>Telephone: (216) 621-8484<br>Facsimile: (216) 771-1632<br>jrclim@climacolaw.com<br>japeca@climacolaw.com | Richard Ramler<br>RAMLER LAW OFFICE, P.C.<br>202 West Madison Avenue<br>Belgrade, MT 59714<br>Telephone: (406) 924-4810<br>Facsimile: (406) 388-6842<br>richardramler@aol.com |
| Richard Arsenault<br>NEBLETT, BEARD &<br>ARSENAULT<br>2220 Bonaventure Court<br>Alexandria, LA 71301<br>Telephone: (800) 256-1050<br>rarsenault@nbalawfirm.com | Eric D. Holland<br>R. Seth Crompton<br>HOLLAND, GROVES,<br>SCHNELLER & STOLZE<br>300 N Tucker Blvd, Suite 801<br>St. Louis, MO 63101<br>Telephone: (314) 241-8111<br>Facsimile: (314) 241-5554<br>eholland@allfela.com<br>scrompton@allfela.com | Timothy W. Monsees<br>MONSEES, MILLER,<br>MAYER, PRESLEY &<br>AMICK, P.C.<br>4717 Grand Avenue, Suite 820<br>Kansas City, MO 64112<br>Telephone: (866) 774-3233<br>Facsimile (816) 361-5577<br>tmonsees@mmmpalaw.com |

Dated this 1st day of April, 2013.

By: s/ John D. Wilson, Jr.
John D. Wilson, Jr., WSBA No. 4828
WILSON SMITH COCHRAN DICKERSON
901 – 5th Avenue, Suite 1700
Seattle, WA 98164
(206) 623-4100 phone; (206) 623-9273 fax
wilson@wscd.com

CORPORATE DISCLOSURE STATEMENT
OF DEFENDANTS (2:13-cv-00172-JCC) - 3

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273