WAWD - Application for Leave to Appear Pro Hac Vice (Revised 12/26/12)

# United States District Court
# Western District of Washington

| | |
|---|---|
| William G. Moodie, et al | |
| Plaintiff(s) | Case Number: 2:13-cv-00172-JCC |
| V. | |
| Remington Arms Company, LLC, et al | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

__W. Mark Lanier__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

William G. Moodie, et al

The particular need for my appearance and participation is:

Participation as co-counsel for Plaintiffs

I, __W. Mark Lanier__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Apr 2, 2013        Signature of Applicant: s/ W. Mark Lanier

Pro Hac Vice Attorney
Applicant's Name: W. Mark Lanier

Law Firm Name: The Lanier Law Firm

Street Address 1: 6810 F. M. 1960 Rd. WEST

Address Line 2:

City: Houston    State: Texas    Zip: 77069

Phone Number w/ Area Code   713-659-5200    Bar # 11934600   State: Texas

Primary E-mail Address: wml@lanierlawfirm.com    Secondary E-mail Address: jrm@lanierlawfirm.com

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant W. Mark Lanier is unable to be present upon any date assigned by the court.

Date: 4/2/13    Signature of Local Counsel: s/ Mark A. Griffin

Local Counsel's Name: Mark A. Griffin    Bar # 16296

Law Firm Name: Keller Rohrback L.L.P.

Street Address 1: 1201 Third Avenue, Suite 3200

Address Line 2:

City: Seattle    State: Washington    Zip: 98101

Phone Number w/ Area Code   Example: 999-999-9999    206-623-1900

## Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4  By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

| s/W. Mark Lanier | Apr 2, 2013 |
|---|---|
| **Signature** (use an "s/" and type your name) | **Date Signed** |