THE HONORABLE JOHN C. COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM G. MOODIE and JAMES W. WATERMAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> REMINGTON ARMS COMPANY, LLC, SPORTING GOODS PROPERTIES, INC., and E.I. DU PONT DE NEMOURS AND COMPANY, <br><br> Defendants. | No. 2:13-cv-172-JCC <br><br> JOINT MOTION TO EXTEND DEADLINES TO RESPOND TO DEFENDANTS' MOTION TO DISMISS <br><br> [NOTE ON MOTION CALENDAR: April 15, 2013] |

In support of this Joint Motion to Extend Deadlines to Respond to Defendants' Motion to Dismiss ("Joint Motion"), Plaintiffs, WILLIAM G. MOODIE and JAMES W. WATERMAN, on behalf of themselves and all others similarly situated, and defendants, REMINGTON ARMS COMPANY, LLC, SPORTING GOODS PROPERTIES, INC., and E.I. DU PONT DE NEMOURS AND COMPANY, by and through their respective counsel, state as follows:

1. Defendants filed their motion to dismiss on April 1, 2013. Under the rules, plaintiffs' response brief is currently due on April 22, 2013. Defendants' reply brief would be due on April 26, 2013.

JOINT MOTION TO EXTEND
DEADLINES TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS - 1

2. The parties respectfully request a two (2) week extension for plaintiffs to file their response to defendants' motion to dismiss, as well as a two (2) week extension for defendants to file a reply brief in support of their motion to dismiss.

3. If the Joint Motion is granted, plaintiffs' response brief would be due on May 6, 2013, and defendants' reply brief would be due on May 24, 2013.

4. No party will be prejudiced, and this motion is not made for the purpose of delay as the parties seek only a short extension.

WHEREFORE, plaintiffs and defendants respectfully request that the Court grant the Joint Motion and authorize plaintiffs to file their response to defendants' motion to dismiss on or before May 6, 2013,, and defendants to file their reply in support of their motion to dismiss on or before May 24, 2013.

Respectfully submitted this 15th day of April, 2013.

/s/ *Christopher Ellis* (with consent)
Christopher Ellis
BOLEN ROBINSON & ELLIS, LLP
202 South Franklin, 2nd Floor
Decatur, Illinois  62523
(217) 429-4296
(217) 329-0034 – Fax
cellis@brelaw.com

/s/ *Mark A. Griffin* (with consent)
Mark A. Griffin
KELLER ROHRBACK
1201 3rd Ave., Suite 3200
Seattle, WA  98101-3052
(206) 224-7553
(206) 623-3384 - Fax
mgriffin@KellerRohrback.com

Attorneys for Plaintiffs

/s/ *Dale G. Wills*
Dale G. Wills
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Ave, Suite 3300
Chicago, IL  60611
(312) 923-8266
(312) 321-0990 - Fax
dwills@smbtrials.com

/s/ *John D. Wilson, Jr.*
John D. Wilson, Jr., WSBA No. 4828
WILSON SMITH COCHRAN DICKERSON
901 5th Avenue, Suite 1700
Seattle, Washington  98164
(206) 623-4100
(206) 623-9273 – Fax
wilson@wscd.com

Attorneys for Defendants

JOINT MOTION TO EXTEND
DEADLINES TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS - 2

## **ORDER**

IT IS SO ORDERED.

      DATED this \_\_\_\_\_ day of _____, 2013.

      _____
      United States District Judge
      The Hon. John C. Coughenour

JOINT MOTION TO EXTEND
DEADLINES TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS - 3

## CERTIFICATE OF SERVICE

I certify that on April 15, 2013, the foregoing was served on all parties or their counsel of records through the CM/ECF system.

*/s/* John D. Wilson, Jr.