THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM G. MOODIE and JAMES W. WATERMAN, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REMINGTON ARMS COMPANY, LLC, SPORTING GOODS PROPERTIES, INC., and E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Defendants. | CASE NO. C13-0172-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to extend deadlines to respond to Defendants' motion to dismiss (Dkt. No. 52). The Court GRANTS the motion. Plaintiffs' response brief is due on May 6, 2013, and Defendants' reply brief is due on May 24, 2013. The Court respectfully DIRECTS the Clerk to note the motion (Dkt. No. 40) for the Court's consideration on May 24, 2013.

//

//

MINUTE ORDER, C13-0172-JCC
PAGE - 1

DATED this 16th day of April 2013.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tim Farrell</u>
Deputy Clerk
