THE HON. JOHN C. COUGHENOUR

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| WILLIAM G. MOODIE and JAMES W. WATERMAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REMINGTON ARMS COMPANY, LLC., SPORTING GOODS PROPERTIES, INC. and E.I. DU PONT DE NEMOURS AND COMPANY<br><br>Defendants. | CASE NO. 2:13-cv-00172-JCC<br><br>**JOINT SUPPLEMENTAL BRIEF REGARDING CHOICE OF LAW** |

JOINT SUPPLEMENTAL BRIEF REGARDING CHOICE OF LAW
(2:13-cv-00172-JCC)

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

5727374

On April 1, 2013, Remington Arms Company, LLC, Sporting Goods Properties, Inc., and E.I. du Pont de Nemours & Company ("Defendants") filed a motion to dismiss all claims asserted by Plaintiffs William Moodie and James Waterman ("Plaintiffs"). (Dkt. No. 40). For purposes of the motion, Defendants applied Washington law to the claims of Plaintiff Moodie and North Carolina law to the claims of Plaintiff Waterman. Plaintiffs did not dispute the propriety of applying these states' laws to Plaintiffs' respective claims in their opposition to Defendants' motion. (Dkt. No. 54.)

In accordance with the Court's June 13, 2013 order (Dkt. No. 58), Defendants and Plaintiffs ("the Parties") now submit this joint supplemental brief asserting their position on which states' laws apply to the two named Plaintiffs' claims. The Parties agree that because Moodie both purchased his rifle in Washington and resides in Washington, that state has the most significant relationship to his claims and thus its law should apply to them. In contrast, because Waterman both purchased his rifle in North Carolina and resides in North Carolina, that state has the most significant relationship to his claims and thus its law should apply to them. Because other putative class members are not yet parties to this action and thus are not the subject of Defendants' motion to dismiss, the Parties take no position with respect to the law that may apply to their claims .

JOINT SUPPLEMENTAL BRIEF REGARDING CHOICE OF LAW
(2:13-cv-00172-JCC) - 1

5727374

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

DATED this 8th day of July, 2013.

**KELLER ROHRBACK L.L.P.**

By: s/ Lynn Lincoln Sarko
s/ Mark A. Griffin
Lynn Lincoln Sarko, WSBA # 16569
Mark A. Griffin, WSBA # 16296
1201 Third Avenue, Suite 3200
Seattle, WA  98133
Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384
Email: lsarko@kellerrohrback.com
mgriffin@kellerrohrback.com

s/ Jordan L. Caikin
Jordan L. Chaikin
Florida Bar Number 0878421
**PARKER WAICHMAN LLP**
3301 Bonita Beach Road, Suite 101
Bonita Springs, FL  34134
Telephone:  (239) 390-1000
Facsimile:  (239) 390-0055
Email: jchaikin@yourlawyer.com

s/ Jon D. Robinson
s/ Christopher Ellis
Jon D. Robinson
Christopher Ellis
**BOLEN ROBINSON & ELLIS, LLP**
202 South Franklin, 2nd Floor
Decatur, IL  62523
Telephone:  (217) 429-4296
Facsimile:  (217) 329-0034
Email: jrobinson@brelaw.com
cellis@brelaw.com

JOINT SUPPLEMENTAL BRIEF REGARDING CHOICE OF LAW
(2:13-cv-00172-JCC)

5727374

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

```
                              s/ John R. Climaco
                              s/ John A. Peca
                              John R. Climaco
                              John A. Peca
                              CLIMACO, WILCOX, PECA, TARANTINO &
                              GAROFOLI CO., LPA
                              55 Public, Suite 1950
                              Cleveland, OH  44113
                              Telephone:  (216) 621-8484
                              Facsimile:  (216) 771-1632
                              Email:  jrclim@climacolaw.com
                                      japeca@climacolaw.com


                              s/ Richard Arsenault
                              Richard Arsenault
                              NEBLETT, BEARD & ARSENAULT
                              2220 Bonaventure Court
                              Alexandria, LA  71301
                              Telephone:  (800) 256-1050
                              Email:  rarsenault@nbalawfirm.com


                              s/ Eric D. Holland
                              s/ R. Seth Crompton
                              Eric D. Holland
                              R. Seth Crompton
                              HOLLAND, GROVES, SCHNELLER & STOLZE, LLC.
                              300 North Tucker Boulevard, Suite 801
                              St. Louis, MO  63101
                              Telephone:  (314) 241-8111
                              Facsimile:  (314) 241-5554
                              Email: eholland@allfela.com
                                      scrompton@allfela.com


                              s/ Charles E. Schaffer
                              Charles E. Schaffer
                              LEVIN, FISHBEIN, SEDRAN & BERMAN
                              510 Walnut Street, Suite 500
                              Philadelphia, PA  19106
                              Telephone:  (215) 592-1500
                              Facsimile:  (215) 592-4663
                              Email: cschaffer@lfsblaw.com
```

JOINT SUPPLEMENTAL BRIEF REGARDING CHOICE OF LAW
(2:13-cv-00172-JCC)

5727374

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

        s/ Richard Ramler
Richard Ramler
**RAMLER LAW OFFICE, P.C.**
202 West Madison Avenue
Belgrade, MT  59714
Telephone:  (406) 924-4810
Facsimile:  (406) 388-6842
Email: richardramler@aol.com


        s/ Timothy W. Monsees
Timothy W. Monsees
**MONSEES, MILLER, MAYER, PRESLEY & AMICK, P.C.**
4717 Grand Avenue, Suite 820
Kansas City, MO  64112
Telephone:  (866) 774-3233
Facsimile:   (816) 361-5577
Email: tmonsees@mmmpalaw.com


        s/ wml@lanierlaw.com
W. Mark Lanier
**THE LANIER LAW FIRM**
6810 F.M. 1960 Road West
Houston, TX 77069
Telephone:  (713) 659-5200
Facsimile:   (713) 659-2204
Email: wml@lanierlawfirm.com

Counsel for Plaintiffs



        s/  John. D. Wilson, Jr.
John D. Wilson, Jr., WSBA No. 4828
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington  98164
Telephone:  206.623.4100
Facsimile:  206.623.9273
wilson@wscd.com

Attorney for Defendants

JOINT SUPPLEMENTAL BRIEF REGARDING CHOICE OF LAW
(2:13-cv-00172-JCC)

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

5727374

**CERTIFICATE OF SERVICE**

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document via CM/ECF on all counsel of record.

**SIGNED** this 8th day of June, 2013, at Seattle, Washington.

s/ John. D. Wilson, Jr.
John D. Wilson, Jr., WSBA No. 4828
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: 206.623.4100
Facsimile: 206.623.9273
wilson@wscd.com

JOINT SUPPLEMENTAL BRIEF REGARDING CHOICE OF LAW
(2:13-cv-00172-JCC)

WILSON SMITH COCHRAN DICKERSON
A PROFESSIONAL SERVICE CORPORATION
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164-2050
TELEPHONE: (206) 623-4100   FAX: (206) 623-9273

5727374