THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM G. MOODIE and JAMES W. WATERMAN, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REMINGTON ARMS COMPANY, LLC, SPORTING GOODS PROPERTIES, INC., and E.I. DU PONT DE NEMOURS AND COMPANY,<br><br>Defendants. | CASE NO. C13-0172-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

In light of the pending motion to dismiss and in the interests of judicial economy, the Court hereby VACATES the status conference scheduled in this matter for July 9, 2013 and RE-SCHEDULES it for Tuesday, August 13, 2013 at 9:00 a.m.

DATED this 8th day of July 2013.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk

MINUTE ORDER, C13-0172-JCC
PAGE - 1