THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM G. MOODIE, et al., | CASE NO. C13-0172-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| REMINGTON ARMS COMPANY, LLC., et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On December 16, 2013, the Court directed the parties to file a briefing schedule, or alternatively a joint status report, by January 31, 2014. The Court hereby modifies that date. The parties are DIRECTED to file a briefing schedule by April 1, 2014.

DATED this 24th day of January 2014.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk

MINUTE ORDER, C13-0172-JCC
PAGE - 1